UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GENE NEVILS ]
    Plaintiff, ]
]
v. ] No. 3:14-0585
] Judge Trauger
KIM HELPER, et al. ]
    Defendants. ]

**O R D E R**

By an order (Docket Entry No. 11) entered February 28, 2014, the instant *pro se* prisoner action was dismissed without prejudice.

Since the entry of that order, the plaintiff has filed a Motion to Support Case (Docket Entry No. 15) and an application to proceed in forma pauperis (Docket Entry No. 16).

The plaintiff's Motion and application offer nothing to suggest that this action was dismissed in error. Accordingly, plaintiff's Motion to Support Case and application to proceed in forma pauperis are hereby DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge